**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Ch. 13 |
| | : | |
| Maritza Lazo | : | |
| | : | |
| Debtors. | : | No: 23-10175 |

### PRAECIPE TO WITHDRAW SCHEDULES AND STATEMENTS, FORMS 122C-1 AND 122C-2, AND CHAPTER 13 PLAN

Kindly withdraw 1) Docket #9, Summary of Assets & Liabilities, and Certain Statistical Information, Schedules A-J, Declaration About Individual Debtor's Schedules, Statement of Financial Affair for Individual, Notice to Individual Debtor, Disclosure of Compensation of Attorney; 2), Docket # 10, Chapter 13 Statement of Your Current Monthly Income and Calculation Period for 5 Years, Form 122C-1, Chapter 13 Calculation of Your Disposable Income form 122C-2; and 3) Docket # 11, Chapter 13 Plan, all filed January 26, 2023 in the above-captioned matter.

Dated: January 26, 2023

Respectfully submitted:

/s/ David W. Tidd, Esquire
David W. Tidd, Esquire
656 Ebersole Road
Reading, PA 19605
Phone:  610-838-8700
Fax:     610-743-8676
bankruptcy@DavidTiddLaw.com