Certificate Number: 14912-PAE-DE-037158644

Bankruptcy Case Number: 23-10175



14912-PAE-DE-037158644

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 4, 2023, at 6:36 o'clock PM EST, Maritza Lazo completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 4, 2023              By:   /s/Jai Bhatt

                                      Name:   Jai Bhatt

                                      Title:   Counselor