Mr: David Tidd
656 Ebersole Rd, Reading, PA 19605

07/24/2023

RE: Termination of Representation

CC: Mr: Scott Waterman, Charter 13 Trustee for the Easter District of Pennsylvania.

Patricia Mayer, United States Bankruptcy Judge for the Easter District of Pennsylvania.

Dear Mr: Tidd,

I am writing to inform you that I am ending your services immediately. This is because of your unprofessional behavior; failure to communicate; inexperience in the practice area; lack of attention towards my case; disagreements on handling my case; ethical concerns about your professional conduct; lack of dedication, and aggressive representation on my behalf.

You do not have permission to send any demands on my behalf, and I am advising the Trustee and the Court that you no longer represent me. Please do not take any further action for me.

I am asking for a copy of my entire file and an itemized invoice reflecting all fees, including amounts already charged, plus any payments you may claim as still owed.

Please send the requested case file and applicable invoice to 5759 Stoudts Ferry Bridge Road, Reading, PA 19605, within seven days of receiving this letter.

As I plan to obtain alternative legal counsel, I expect that you will fully cooperate with all future requests which may be made for me.

Sincerely,
Maritza Lazo
Case # 23-10175



RECEIVED
JUL 27 2023
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

Marittza Lazo
5759 Stoudts Ferry Bridge Rd
Reading, PA 19605

CERTIFIED MAIL

7020 0090 0001 1995 4078

JUL 27 2023

Retail

U.S. POSTAGE PAID
FCM LETTER
READING, PA 19612
JUL 24, 2023
$8.56
R2304H107951-6

19601
RDC 99

To: Judge Patricia M. Mayer
201 Penn Street, 4th Floor
Reading, PA 19601