IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13

**Maritza Caridad Lazo,** :

Debtor. : Case No. 23-10175 (PMM)

## ORDER SCHEDULING HEARING

**AND NOW**, upon consideration of the Debtor's Letter Motion to Terminate Counsel (doc. # 25, the "Motion");

BUT, Debtor's attorney, David Tidd, Esq., not having sought permission to be terminated as counsel in this case;

It is therefore hereby **ordered** that a hearing with regard to the Motion will be held on **Thursday, August 31, 2023 at 11:00 a.m.** The hearing will be conducted via Zoom teleconference:

https://www.zoomgov.com/meeting/register/vJIsf--qqD4pGxWNz2pj3Ga609uv4MjmXDM

Meeting ID: 161 862 6531; Passcode: 728853.

Dated: 8/7/23

Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Maritza Caridad Lazo
5759 Stoudts Ferry Bridge Rd.
Reading, PA 19605