United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-10175-pmm |
|---|---|
| Maritza Caridad Lazo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 07, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Maritza Caridad Lazo, 5759 Stoudts Ferry Bridge Rd., Reading, PA 19605-3249 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID W. TIDD | on behalf of Debtor Maritza Caridad Lazo bankruptcy@davidtiddlaw.com  lesliebrown.paralegal@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                        :    Chapter 13

**Maritza Caridad Lazo,**                      :

                Debtor.          :    Case No. **23-10175** (PMM)

_____

### ORDER SCHEDULING HEARING

**AND NOW**, upon consideration of the Debtor's Letter Motion to Terminate Counsel (doc. # 25, the "Motion");

BUT, Debtor's attorney, David Tidd, Esq., not having sought permission to be terminated as counsel in this case;

It is therefore hereby **ordered** that a hearing with regard to the Motion will be held on **Thursday, August 31, 2023 at 11:00 a.m.** The hearing will be conducted via Zoom teleconference:

https://www.zoomgov.com/meeting/register/vJIsf--qqD4pGxWNz2pj3Ga609uv4MjmXDM

Meeting ID: 161 862 6531; Passcode: 728853.

Dated: 8/7/23

                                                                                          _____
                                                                                          Hon. Patricia M. Mayer
                                                                                          United States Bankruptcy Judge

Copy to:
Maritza Caridad Lazo
5759 Stoudts Ferry Bridge Rd.
Reading, PA 19605