| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 23-10175-PMM

| | |
|---|---|
| Maritza Caridad Lazo | Petition Filed Date: 01/19/2023 |
| 5759 Stoudts Ferry Bridge Rd. | 341 Hearing Date: 03/07/2023 |
| Reading  PA   19605 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/06/2023 | $2,932.00 | | 04/03/2023 | $2,932.00 | | 05/02/2023 | $2,932.00 | |
| 06/02/2023 | $2,932.00 | | | | | | | |

**Total Receipts for the Period: $11,728.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,592.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $38,000.84 | $0.00 | $0.00 |
| 2 | DISCOVER PERSONAL LOAN<br>»» 002 | Unsecured Creditors | $5,423.74 | $0.00 | $0.00 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $14,485.76 | $0.00 | $0.00 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $12,071.69 | $0.00 | $0.00 |
| 5 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $10,985.06 | $0.00 | $0.00 |
| 6 | US DEPARTMENT OF EDUCATION<br>»» 006 | Unsecured Creditors | $46,599.36 | $0.00 | $0.00 |
| 7 | VISIONS FCU<br>»» 007 | Unsecured Creditors | $46.37 | $0.00 | $0.00 |
| 8 | CITIZENS BANK NA<br>»» 008 | Unsecured Creditors | $16,799.48 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK NEVADA NA<br>»» 009 | Unsecured Creditors | $1,795.75 | $0.00 | $0.00 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 010 | Unsecured Creditors | $6,785.92 | $0.00 | $0.00 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $8,501.63 | $0.00 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $8,801.33 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $10,160.09 | $0.00 | $0.00 |
| 14 | NATIONSTAR MORTGAGE LLC<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10175-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,592.00 | Current Monthly Payment: | $2,932.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,553.96 | Total Plan Base: | $175,920.00 |
| Funds on Hand: | $16,038.04 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.