**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **Maritza Caridad Lazo,** | : | |
| **Debtor.** | : | **Case No. 23-10175 (PMM)** |

_____

## ORDER GRANTING MOTION TO TERMINATE COUNSEL

**AND NOW**, upon consideration of the *pro se* Debtor's Letter Motion to Terminate

Counsel (doc. # 25, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on August 31,

2023;

AND for the reasons stated on the record at the hearing;

It is hereby **ordered** that:

1)      The Motion is **granted**; and

2)      David W. Tidd, Esquire is no longer counsel of record in this bankruptcy.

Dated: 8/31/23

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Maritza Caridad Lazo
5759 Stoudts Ferry Bridge Rd.
Reading, PA 19605