## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In re:<br><br>**MARITZA LAZO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 23-10175 PMM** |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO:    CLERK OF THE BANKRUPTCY COURT

Kindly enter the appearance of George M. Lutz, Esquire as counsel for the Debtor, and add the address of counsel to:

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Boulevard, Suite 700
P.O. Box 5828
Wyomissing, PA  19610
Ph.: 610-779-0772 Ext. 3014
Email: glutz@hvmllaw.com

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

by: _____

**George M. Lutz, Esquire**
**1025 Berkshire Boulevard, Suite 700**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**
**Counsel for Debtor**