United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-10175-pmm

Maritza Caridad Lazo                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4             User: admin                    Page 1 of 3
Date Rcvd: Oct 19, 2023          Form ID: 155                   Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maritza Caridad Lazo, 5759 Stoudts Ferry Bridge Rd., Reading, PA 19605-3249 |
| 14750160 | + | Ctce Fedl Cu, Po Box 13385, Reading, PA 19612-3385 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14750152 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 20 2023 00:11:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14750151 | + | Email/Text: backoffice@affirm.com | Oct 20 2023 00:11:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14760818 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 00:24:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14750153 | + | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 00:24:30 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14750154 | + | Email/Text: bk@avant.com | Oct 20 2023 00:11:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 14750156 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 20 2023 00:11:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14750155 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 20 2023 00:11:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 14755777 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 20 2023 00:11:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14750159 | + | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 20 2023 00:11:30 | Citizens Bank/First Mark Sevices, Attn: Bankruptcy, P.O. Box 82522, Lincoln, NE 68501-2522 |
| 14752749 | | Email/Text: mrdiscen@discover.com | Oct 20 2023 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14750161 | + | Email/Text: mrdiscen@discover.com | Oct 20 2023 00:11:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14750162 | + | Email/Text: dplbk@discover.com | Oct 20 2023 00:11:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14751358 | + | Email/Text: dplbk@discover.com | Oct 20 2023 00:11:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14750165 | + | Email/Text: DSLBKYPRO@discover.com | Oct 20 2023 00:11:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |

Case 23-10175-pmm   Doc 46   Filed 10/21/23   Entered 10/22/23 00:31:23   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: 155 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| 14767840 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2023 00:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14750157 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 20 2023 00:12:33 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14755302 | + | Email/Text: RASEBN@raslg.com | Oct 20 2023 00:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14804471 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 00:12:08 | LVNV Funding LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14750166 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 00:11:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14769870 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 00:11:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14751758 | ^ | MEBN | Oct 20 2023 00:07:57 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14750167 | ^ | MEBN | Oct 20 2023 00:07:46 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14769271 | + | Email/Text: bncmail@w-legal.com | Oct 20 2023 00:11:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 14750170 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:12:27 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14750555 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:12:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14750171 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:12:49 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14755510 | | Email/Text: electronicbkydocs@nelnet.net | Oct 20 2023 00:11:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14750173 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 20 2023 00:11:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14750172 | + | Email/Text: LCI@upstart.com | Oct 20 2023 00:11:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14750556 | ^ | MEBN | Oct 20 2023 00:07:54 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14755629 | | Email/Text: membersolutions@visionsfcu.org | Oct 20 2023 00:11:00 | VISIONS FEDERAL CREDIT UNION, 24 MCKINLEY AVE, ENDICOTT, NY 13760 |
| 14750174 | | Email/Text: membersolutions@visionsfcu.org | Oct 20 2023 00:11:00 | Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |
| 14750180 | + | Email/Text: vci.bkcy@vwcredit.com | Oct 20 2023 00:11:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |
| 14750181 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 20 2023 00:12:29 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14750182 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 20 2023 00:12:04 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14760430 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 20 2023 00:12:06 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des |

Moines, IA 50306-0438

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14760819 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14750163 | *+ | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14750164 | *+ | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14750158 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14750168 | *+ | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14750169 | *+ | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14750175 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |
| 14750176 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |
| 14750177 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |
| 14750178 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |
| 14750179 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| George Meany Lutz | on behalf of Debtor Maritza Caridad Lazo glutz@hvmllaw.com HartmanValerianoMagovernLutzPC@jubileebk.net |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Maritza Caridad Lazo
    Debtor(s)

Chapter: 13
Bankruptcy No: 23−10175−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 19, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Patricia M. Mayer
                                            Judge, United States Bankruptcy Court