UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>**MARITZA CARIDAD LAZO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>Bankruptcy No. 23-10175 PMM |
|---|---|

## CERTIFICATE OF SERVICE

The undersigned, George M. Lutz, Esquire, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that:

1. True and correct copies of the Application for Compensation, Notice and Proposed Order were served as follows:

   a. On February 4, 2024 via ECF email to:

   DENISE ELIZABETH CARLON on behalf of Creditor NATIONSTAR MORTGAGE LLC
   bkgroup@kmllawgroup.com

   MARIO J. HANYON on behalf of Creditor NATIONSTAR MORTGAGE LLC
   wbecf@brockandscott.com, mario.hanyon@brockandscott.com

   ANDREW L. SPIVACK on behalf of Creditor NATIONSTAR MORTGAGE LLC
   andrew.spivack@brockandscott.com, wbecf@brockandscott.com

   United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

   SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

   and

Case 23-10175-pmm    Doc 52    Filed 02/06/24    Entered 02/06/24 06:00:23    Desc Main

b. On February 5, 2024 to the mailing matrix, via U.S. First Class mail, postage prepaid, as set forth in the Declaration of Mailing of BK Attorney Services, LLC, attached hereto as Exhibit A.

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

by: _____

**George M. Lutz, Esquire**
**1025 Berkshire Boulevard, Suite 700**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE:<br><br>MARITZA CARIDAD LAZO | CASE NO: 23-10175<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 50 |

On 2/5/2024, a copy of the following documents, described below,

Application for Compensation ECF Docket Reference No. 50

Proposed Order 50-1

Notice 51

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/5/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA  19610

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                                                                    EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING   LVNV FUNDING LLC                         (U)NATIONSTAR MORTGAGE LLC
NCRS ADDRESS DOWNLOAD               CO RESURGENT CAPITAL SERVICES
CASE 23-10175                       PO BOX 10587
EASTERN DISTRICT OF PENNSYLVANIA    GREENVILLE  SC 29603-0587
MON FEB 5 7-43-43 PST 2024


EXCLUDE
READING                             AFFIRM  INC                             AMERICAN EXPRESS NATIONAL BANK
UNITED STATES BANKRUPTCY COURT      ATTN BANKRUPTCY                         CO BECKET AND LEE LLP
OFFICE OF THE CLERK  GATEWAY BUILDING   30 ISABELLA ST  FLOOR 4             PO BOX 3001
201 PENN STREET  1ST FLOOR          PITTSBURGH  PA 15212-5862               MALVERN  PA 19355-0701
READING  PA 19601-4038


(P)AMERICAN HONDA FINANCE           AMEX                                    AVANT
P O BOX 168088                      CORRESPONDENCEBANKRUPTCY                ATTN BANKRUPTCY
IRVING TX 75016-8088                PO BOX 981540                           PO BOX 9183380
                                    EL PASO  TX 79998-1540                  CHICAGO  IL 60691-3380


BANK OF AMERICA                     BANK OF AMERICA                         (P)JPMORGAN CHASE BANK  N A
ATTN BANKRUPTCY                     ATTN BANKRUPTCY                         BANKRUPTCY MAIL INTAKE TEAM
4909 SAVARESE CIRCLE                NC4-105-03-14 PO BOX 26012              700 KANSAS LANE FLOOR 01
TAMPA  FL 33634-2413                GREENSBORO  NC 27420                    MONROE LA 71203-4774


(P)CITIZENS BANK N A                CITIZENS BANKFIRST MARK SEVICES         CTCE FEDL CU
ATTN BANKRUPTCY TEAM                ATTN BANKRUPTCY                         PO BOX 13385
ONE CITIZENS BANK WAY               PO BOX 82522                            READING  PA 19612-3385
JCA115                              LINCOLN  NE 68501-2522
JOHNSTON RI 02919-1922


DISCOVER BANK                       DISCOVER FINANCIAL                      DISCOVER PERSONAL LOANS
DISCOVER PRODUCTS INC               ATTN BANKRUPTCY                         ATTN BANKRUPTCY
PO BOX 3025                         PO BOX 3025                             PO BOX 30954
NEW ALBANY  OH  43054-3025          NEW ALBANY  OH 43054-3025               SALT LAKE CITY  UT 84130-0954


DISCOVER PERSONAL LOANS             DISCOVER STUDENT LOANS                  JPMORGAN CHASE BANK  NA
PO BOX 30954                        ATTN BANKRUPTCY                         SBMT CHASE BANK USA  NA
SALT LAKE CITY  UT 84130-0954       PO BOX 30948                            CO ROBERTSON  ANSCHUTZ  SCHNEID
                                    SALT LAKE CITY  UT 84130-0948           CRANE  PARTNERS  PLLC
                                                                            6409 CONGRESS AVENUE  SUITE 100
                                                                            BOCA RATON  FL 33487-2853


                                    EXCLUDE
(P)JEFFERSON CAPITAL SYSTEMS LLC    (D)LVNV FUNDING LLC                     MR COOPER
PO BOX 7999                         CO RESURGENT CAPITAL SERVICES           8950 CYPRESS WATERS BOULEVARD
SAINT CLOUD MN 56302-7999           PO BOX 10587                            COPPELL  TEXAS 75019-4620
                                    GREENVILLE  SC 29603-0587


MRCUNITED WHOLESALE M               (P)NATIONSTAR MORTGAGE LLC              NATIONSTAR MORTGAGE LLC
ATTN BANKRUPTCY                     PO BOX 619096                           CO BROCK AND SCOTT  PLLC
P O BOX 619098                      DALLAS TX 75261-9096                    ATTORNEYS AT LAW
DALLAS  TX 75261-9098                                                       3825 FORRESTGATE DR
                                                                            WINSTON-SALEM  NC 27103-2930
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

NATIONSTAR MORTGAGE LLC
CO KML LAW GROUP
701 MARKET STREET SUITE 5000
PHILADELPHIA   PA 19106-1541

PROSPER FUNDING LLC
221 MAIN STREET
SUITE 300
SAN FRANCISCO   CA 94105-1909

PROSPER MARKETPLACE INC
CO WEINSTEIN   RILEY   PS
2001 WESTERN AVE   STE 400
SEATTLE   WA 98121-3132

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO   FL 32896-5060

SYNCHRONY BANK
CO OF PRA RECEIVABLES MANAGEMENT   LLC
PO BOX 41021
NORFOLK   VA 23541-1021

SYNCHRONYPAYPAL CREDIT
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO   FL 32896-5060

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON   WI 53708-8973

USDOEGLELSI
ATTN BANKRUPTCY
PO BOX 7860
MADISON   WI 53707-7860

~~EXCLUDE
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT NC NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA   PA 19107-4202~~

UPSTART
UPSTART OPERATIONS ATTNBANKRUPTCY
PO BOX 1503
SAN CARLOS   CA 94070-7503

UPSTART NETWORK   INC
PO BOX 1931
BURLINGAME   CA 94011-1931

(P)VISIONS FEDERAL CREDIT UNION
ATTN BANKRUPTCY
24 MCKINLEY AVE
ENDICOTT NY 13760-5491

~~EXCLUDE
(D)(P)VISIONS FEDERAL CREDIT UNION
ATTN BANKRUPTCY
24 MCKINLEY AVE
ENDICOTT NY 13760-5491~~

VOLKSWAGEN CREDIT   INC
ATTN BANKRUPTCY
PO BOX 3
HILLSBORO   OR 97123-0003

WELLS FARGO BANK NA
1 HOME CAMPUS MAC X230301A
3RD FLOOR
DES MOINES   IA 50328-0001

WELLS FARGO BANK NA
ATTN WELLS FARGO BANKRUPTCY
1 HOME CAMPUS MAC X2303-01A
DES MOINES   IA 50328-0001

WELLS FARGO BANK   NA
WELLS FARGO CARD SERVICES
PO BOX 10438   MAC F8235-02F
DES MOINES   IA 50306-0438

~~EXCLUDE
GEORGE MEANY LUTZ
HARTMAN   VALERIANO   MAGOVERN   LUTZ   PC
1025 BERKSHIRE BLVD
STE 700
WYOMISSING   PA 19610-1284~~

DEBTOR

MARITZA CARIDAD LAZO
5759 STOUDTS FERRY BRIDGE RD
READING   PA 19605-3249

(P)SCOTT F WATERMAN CHAPTER 13 TRUSTEE
2901 ST LAWRENCE AVE
SUITE 100
READING PA 19606-2265