UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>**MARITZA CARIDAD LAZO,**<br><br>　　　　　　　　　　**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 23-10175 PMM** |
|---|---|

**CERTIFICATE OF NO RESPONSE**
**RE: APPLICATION FOR COMPENSATION**

The undersigned, George M. Lutz, Esquire, attorney for the Debtor, hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtor in connection with the Application for Compensation, which was served upon all parties of interest on February 4, 2024 (to ECF recipients) and February 5, 2024 (to non-ECF recipients).

Dated: February 26, 2024

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**Hartman, Valeriano, Magovern & Lutz, PC**

　　　　**by:**　　*/s/ George M. Lutz*
　　　　　　　　　_____
　　　　　　　　　**George M. Lutz, Esquire**
　　　　　　　　　**1025 Berkshire Boulevard, Suite 700**
　　　　　　　　　**Wyomissing, PA  19610**
　　　　　　　　　**Pa. Attorney ID No.: 46437**
　　　　　　　　　**Attorneys for Debtor**