**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>**MARITZA CARIDAD LAZO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 23-10175 PMM** |
|---|---|

**ORDER**

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation in the amount of $1,770.00 is ALLOWED.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

Date: 3/14/24

BY THE COURT:

*Patricia M. Mayer*
_____
**Patricia M. Mayer**
**United States Bankruptcy Judge**