## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| **In re:** <br><br> **MARITZA CARIDAD LAZO,** <br><br> **Debtor** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 23-10175 PMM** |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Movant, the Debtor in this bankruptcy proceeding, has filed a Motion to Modify Plan (Third Amended Chapter 13 Plan) Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"). The Debtors seeks to devote her disposable income to the Third Amended Chapter 13 Plan going forward..

1.  <u>YOUR RIGHTS MAY BE AFFECTED.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2.  If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before April 25, 2024, you or your attorney must file a response to the Motion (See instructions on next page).

3.  A hearing on the Motion is scheduled to be held on May 16, 2024, at 10:00 a.m. by Zoom hearing. For the Zoom login requirements, see the top of that day's list, which can be found at https://www.paeb.uscourts.gov/content/calendar-and-hearings-judge-patricia-m-mayer. Unless the Court orders otherwise, the hearing on this contested matter will be an <u>evidentiary hearing</u>.

4.  If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5.  You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

Filing Instructions

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania, The Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601.

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

> George M. Lutz, Esquire
> Hartman, Valeriano, Magovern & Lutz, PC
> 1025 Berkshire Boulevard, Suite 700
> P.O. Box 5828
> Wyomissing, PA 19610

**Dated:** March 27, 2024