**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | |
|---|---|
| **MARITZA CARIDAD LAZO,** | **Chapter 13 Bankruptcy** |
| **Debtor** | **Bankruptcy No. 23-10175 PMM** |

**CERTIFICATE OF SERVICE RE: MOTION TO MODIFY PLAN**

The undersigned, George M. Lutz, Esquire, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that true and correct copies of the Motion to Modify Plan (Third Amended Chapter 13 Plan) including Exhibit A (the Third Amended Chapter 13 Plan), Order, Notice were served as follows:

1.    On March 27, 2024 via ECF email to:

> DENISE ELIZABETH CARLON on behalf of Creditor NATIONSTAR MORTGAGE LLC
> bkgroup@kmllawgroup.com
>
> MARIO J. HANYON on behalf of Creditor NATIONSTAR MORTGAGE LLC
> wbecf@brockandscott.com, mario.hanyon@brockandscott.com
>
> ANDREW L. SPIVACK on behalf of Creditor NATIONSTAR MORTGAGE LLC
> andrew.spivack@brockandscott.com, wbecf@brockandscott.com
>
> United States Trustee
> USTPRegion03.PH.ECF@usdoj.gov
>
> SCOTT F. WATERMAN [Chapter 13]
> ECFMail@ReadingCh13.com

and

2.    On March 27, 2024 as set forth in the Declaration of Mailing of BK Attorney Services, LLC, attached hereto as Exhibit A.

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

by:  _____

**George M. Lutz, Esquire**
**1025 Berkshire Boulevard, Suite 700**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:                                        CASE NO: 23-10175

MARITZA CARIDAD LAZO                          **CERTIFICATE OF SERVICE**
                                              **DECLARATION OF MAILING**

                                              Chapter: 13
                                              ECF Docket Reference No. 60

On 3/27/2024, a copy of the following documents, described below,

Motion to Modify Plan (Third Amended Chapter 13 Plan) ECF Docket Reference No. 60

Motion to Modify Plan (Third Amended Chapter 13 Plan) Proposed Order 60-1

Motion to Modify Plan (Third Amended Chapter 13 Plan) Notice 61

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/27/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA  19610

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-10175
EASTERN DISTRICT OF PENNSYLVANIA
WED MAR 27 7-11-6 PST 2024

LVNV FUNDING LLC
CO RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

~~EXCLUDE~~

~~(U)NATIONSTAR MORTGAGE LLC~~

~~EXCLUDE~~

~~READING~~
~~UNITED STATES BANKRUPTCY COURT~~
~~OFFICE OF THE CLERK  GATEWAY BUILDING~~
~~201 PENN STREET  1ST FLOOR~~
~~READING  PA 19601-4038~~

AFFIRM  INC
ATTN BANKRUPTCY
30 ISABELLA ST  FLOOR 4
PITTSBURGH  PA 15212-5862

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

(P)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981540
EL PASO  TX 79998-1540

AVANT
ATTN BANKRUPTCY
PO BOX 9183380
CHICAGO  IL 60691-3380

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA  FL 33634-2413

BANK OF AMERICA
ATTN BANKRUPTCY
NC4-105-03-14 PO BOX 26012
GREENSBORO  NC 27420

(P)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

(P)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

CITIZENS BANKFIRST MARK SEVICES
ATTN BANKRUPTCY
PO BOX 82522
LINCOLN  NE 68501-2522

CTCE FEDL CU
PO BOX 13385
READING  PA 19612-3385

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY  OH  43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY  OH 43054-3025

DISCOVER PERSONAL LOANS
ATTN BANKRUPTCY
PO BOX 30954
SALT LAKE CITY  UT 84130-0954

DISCOVER PERSONAL LOANS
PO BOX 30954
SALT LAKE CITY  UT 84130-0954

DISCOVER STUDENT LOANS
ATTN BANKRUPTCY
PO BOX 30948
SALT LAKE CITY  UT 84130-0948

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO ROBERTSON  ANSCHUTZ  SCHNEID
CRANE  PARTNERS  PLLC
6409 CONGRESS AVENUE  SUITE 100
BOCA RATON  FL 33487-2853

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

~~EXCLUDE~~
~~(D)LVNV FUNDING LLC~~
~~CO RESURGENT CAPITAL SERVICES~~
~~PO BOX 10587~~
~~GREENVILLE  SC 29603-0587~~

MR COOPER
8950 CYPRESS WATERS BOULEVARD
COPPELL  TEXAS 75019-4620

MRCUNITED WHOLESALE M
ATTN BANKRUPTCY
P O BOX 619098
DALLAS  TX 75261-9098

(P)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

NATIONSTAR MORTGAGE LLC
CO BROCK AND SCOTT  PLLC
ATTORNEYS AT LAW
3825 FORRESTGATE DR
WINSTON-SALEM  NC 27103-2930

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

NATIONSTAR MORTGAGE LLC
CO KML LAW GROUP
701 MARKET STREET SUITE 5000
PHILADELPHIA  PA 19106-1541

PROSPER FUNDING LLC
221 MAIN STREET
SUITE 300
SAN FRANCISCO  CA 94105-1909

PROSPER MARKETPLACE INC
CO WEINSTEIN  RILEY  PS
2001 WESTERN AVE  STE 400
SEATTLE  WA 98121-3132

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCHRONY BANK
CO OF PRA RECEIVABLES MANAGEMENT  LLC
PO BOX 41021
NORFOLK  VA 23541-1021

SYNCHRONYPAYPAL CREDIT
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON  WI 53708-8973

USDOEGLELSI
ATTN BANKRUPTCY
PO BOX 7860
MADISON  WI 53707-7860

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~OFFICE OF UNITED STATES TRUSTEE~~
~~ROBERT NC NIX FEDERAL BUILDING~~
~~900 MARKET STREET~~
~~SUITE 320~~
~~PHILADELPHIA  PA 19107-4202~~

UPSTART
UPSTART OPERATIONS ATTNBANKRUPTCY
PO BOX 1503
SAN CARLOS  CA 94070-7503

UPSTART NETWORK  INC
PO BOX 1931
BURLINGAME  CA 94011-1931

(P)VISIONS FEDERAL CREDIT UNION
ATTN BANKRUPTCY
24 MCKINLEY AVE
ENDICOTT NY 13760-5491

~~EXCLUDE~~
~~(D)(P)VISIONS FEDERAL CREDIT UNION~~
~~ATTN BANKRUPTCY~~
~~24 MCKINLEY AVE~~
~~ENDICOTT NY 13760-5491~~

VOLKSWAGEN CREDIT  INC
ATTN BANKRUPTCY
PO BOX 3
HILLSBORO  OR 97123-0003

WELLS FARGO BANK NA
1 HOME CAMPUS MAC X230301A
3RD FLOOR
DES MOINES  IA 50328-0001

WELLS FARGO BANK NA
ATTN WELLS FARGO BANKRUPTCY
1 HOME CAMPUS MAC X2303-01A
DES MOINES  IA 50328-0001

WELLS FARGO BANK  NA
WELLS FARGO CARD SERVICES
PO BOX 10438  MAC F8235-02F
DES MOINES  IA 50306-0438

GEORGE MEANY LUTZ
HARTMAN  VALERIANO  MAGOVERN  LUTZ  PC
1025 BERKSHIRE BLVD
STE 700
WYOMISSING  PA 19610-1284

DEBTOR
MARITZA CARIDAD LAZO
5759 STOUDTS FERRY BRIDGE RD
READING  PA 19605-3249

(P)SCOTT F WATERMAN CHAPTER 13 TRUSTEE
2901 ST LAWRENCE AVE
SUITE 100
READING PA 19606-2265