# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| In re:<br><br>**MARITZA LAZO,**<br><br>                      **Debtor** | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 23-10175 PMM |
|---|---|

## WITHDRAWAL OF PROPOSED ORDER

Debtor, Maritza Lazo, by and through her counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby files this Withdrawal of the Proposed Order filed with the Debtor's Application to Dismiss the Bankruptcy that was filed this date, and respectfully requests that the Proposed Order filed at ECF No. 66-1 be withdrawn.

**Date:** May 8, 2024

                                          **Respectfully submitted,**

                                          **Hartman, Valeriano, Magovern & Lutz, PC**

                    **by:**    /s/ George M. Lutz

                                            **George M. Lutz, Esquire**
                                            **1025 Berkshire Boulevard, Bldg. 700**
                                            **Wyomissing, PA  19610**
                                            **Pa. Attorney ID No.: 46437**