**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:<br><br>**MARITZA LAZO,**<br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 23-10175 PMM |
|---|---|

**CERTIFICATE OF SERVICE RE:**
**APPLICATION TO VOLUNTARILY DISMISS CHAPTER 13 PROCEEDING**

The undersigned, George M. Lutz, Esquire, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that true and correct copies of the Application to Voluntarily Dismiss Chapter 13 Proceeding (ECF No. 66) and Substitute for the Proposed Order (ECF No. 68) were served as follows:

1. On May 8, 2024 via ECF email to:

    DENISE ELIZABETH CARLON on behalf of Creditor NATIONSTAR MORTGAGE LLC
    bkgroup@kmllawgroup.com

    MARIO J. HANYON on behalf of Creditor NATIONSTAR MORTGAGE LLC
    wbecf@brockandscott.com, mario.hanyon@brockandscott.com

    ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN [Chapter 13]
    ecfmail@readingch13.com

    ANDREW L. SPIVACK on behalf of Creditor NATIONSTAR MORTGAGE LLC
    andrew.spivack@brockandscott.com, wbecf@brockandscott.com

    United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

    SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

and

2. On May 14, 2024 as set forth in the Certificate of Service/Declaration of Mailing of BK Attorney Services, LLC, attached hereto as Exhibit A.

                                          **Respectfully submitted,**

                                          **Hartman, Valeriano, Magovern & Lutz, PC**

**by:** _____
                                          **George M. Lutz, Esquire**
                                          **1025 Berkshire Boulevard, Suite 700**
                                          **Wyomissing, PA  19610**
                                          **Pa. Attorney ID No.: 46437**

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE:<br><br>Maritza Lazo | CASE NO: 23-10175<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 66 |

On 5/14/2024, a copy of the following documents, described below,

Application to Dismiss Case ECF Docket Reference No. 66

Substituted Order 68

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/14/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, P.C.
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA  19610

USPS FIRST CLASS MAILED RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LVNV FUNDING LLC<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | AFFIRM INC<br>ATTN BANKRUPTCY<br>30 ISABELLA ST FLOOR 4<br>PITTSBURGH PA 15212-5862 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| (P)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540 | AVANT<br>ATTN BANKRUPTCY<br>PO BOX 9183380<br>CHICAGO IL 60691-3380 |
| BANK OF AMERICA<br>ATTN BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA FL 33634-2413 | BANK OF AMERICA<br>ATTN BANKRUPTCY<br>NC4-105-03-14 PO BOX 26012<br>GREENSBORO NC 27420 | (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| (P)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | CITIZENS BANKFIRST MARK SEVICES<br>ATTN BANKRUPTCY<br>PO BOX 82522<br>LINCOLN NE 68501-2522 | CTCE FEDL CU<br>PO BOX 13385<br>READING PA 19612-3385 |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER PERSONAL LOANS<br>ATTN BANKRUPTCY<br>PO BOX 30954<br>SALT LAKE CITY UT 84130-0954 |
| DISCOVER PERSONAL LOANS<br>PO BOX 30954<br>SALT LAKE CITY UT 84130-0954 | DISCOVER STUDENT LOANS<br>ATTN BANKRUPTCY<br>PO BOX 30948<br>SALT LAKE CITY UT 84130-0948 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID<br>CRANE   PARTNERS PLLC<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | MR COOPER<br>8950 CYPRESS WATERS BOULEVARD<br>COPPELL TEXAS 75019-4620 | MRCUNITED WHOLESALE M<br>ATTN BANKRUPTCY<br>P O BOX 619098<br>DALLAS TX 75261-9098 |
| (P)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | NATIONSTAR MORTGAGE LLC<br>CO BROCK AND SCOTT PLLC<br>ATTORNEYS AT LAW<br>3825 FORRESTGATE DR<br>WINSTON-SALEM NC 27103-2930 | NATIONSTAR MORTGAGE LLC<br>CO KML LAW GROUP<br>701 MARKET STREET SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| PROSPER FUNDING LLC<br>221 MAIN STREET<br>SUITE 300<br>SAN FRANCISCO CA 94105-1909 | PROSPER MARKETPLACE INC<br>CO WEINSTEIN  RILEY PS<br>2001 WESTERN AVE STE 400<br>SEATTLE WA 98121-3132 | SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SYNCHRONY BANK<br>CO OF PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | SYNCHRONYPAYPAL CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 |
| USDOEGLELSI<br>ATTN BANKRUPTCY<br>PO BOX 7860<br>MADISON WI 53707-7860 | UNITED STATES TRUSTEE<br>OFFICE OF UNITED STATES TRUSTEE<br>ROBERT NC NIX FEDERAL BUILDING<br>900 MARKET STREET<br>SUITE 320<br>PHILADELPHIA PA 19107-4202 | UPSTART<br>UPSTART OPERATIONS ATTNBANKRUPTCY<br>PO BOX 1503<br>SAN CARLOS CA 94070-7503 |
| UPSTART NETWORK INC<br>PO BOX 1931<br>BURLINGAME CA 94011-1931 | (P)VISIONS FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY<br>24 MCKINLEY AVE<br>ENDICOTT NY 13760-5491 | VOLKSWAGEN CREDIT INC<br>ATTN BANKRUPTCY<br>PO BOX 3<br>HILLSBORO OR 97123-0003 |
| WELLS FARGO BANK NA<br>1 HOME CAMPUS MAC X230301A<br>3RD FLOOR<br>DES MOINES IA 50328-0001 | WELLS FARGO BANK NA<br>ATTN WELLS FARGO BANKRUPTCY<br>1 HOME CAMPUS MAC X2303-01A<br>DES MOINES IA 50328-0001 | WELLS FARGO BANK NA<br>WELLS FARGO CARD SERVICES<br>PO BOX 10438 MAC F8235-02F<br>DES MOINES IA 50306-0438 |
| GEORGE MEANY LUTZ<br>HARTMAN VALERIANO MAGOVERN  LUTZ PC<br>1025 BERKSHIRE BLVD<br>STE 700<br>WYOMISSING PA 19610-1284 | MARITZA CARIDAD LAZO<br>5759 STOUDTS FERRY BRIDGE RD<br>READING PA 19605-3249 | |