United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10175-pmm |
| Maritza Caridad Lazo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: May 17, 2024 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maritza Caridad Lazo, 5759 Stoudts Ferry Bridge Rd., Reading, PA 19605-3249 |
| 14750160 | + | Ctce Fedl Cu, Po Box 13385, Reading, PA 19612-3385 |
| 14750555 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 17 2024 23:53:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 17 2024 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14750152 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 17 2024 23:53:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14750151 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 18 2024 00:02:14 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14760818 | | Email/PDF: bncnotices@becket-lee.com | May 18 2024 00:02:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14750153 | + | Email/PDF: bncnotices@becket-lee.com | May 18 2024 00:02:18 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14750154 | + | Email/Text: bk@avant.com | May 17 2024 23:53:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 14750156 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2024 23:53:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14750155 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2024 23:53:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 14755777 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 17 2024 23:53:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14750159 | + | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 17 2024 23:53:00 | Citizens Bank/First Mark Sevices, Attn: Bankruptcy, P.O. Box 82522, Lincoln, NE 68501-2522 |
| 14752749 | | Email/Text: mrdiscen@discover.com | May 17 2024 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14750161 | + | Email/Text: mrdiscen@discover.com | May 17 2024 23:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14750162 | + | Email/Text: dplbk@discover.com | | |

Case 23-10175-pmm    Doc 72    Filed 05/19/24    Entered 05/20/24 00:37:56    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 17, 2024 | Form ID: pdf900 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 14751358 | + | Email/Text: dplbk@discover.com | May 17 2024 23:53:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14750165 | + | Email/Text: DSLBKYPRO@discover.com | May 17 2024 23:53:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14767840 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 17 2024 23:53:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14750157 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2024 23:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14755302 | + | Email/Text: RASEBN@raslg.com | May 18 2024 00:02:18 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| | | | May 17 2024 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14804471 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2024 00:01:32 | LVNV Funding LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14836902 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2024 23:53:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14750166 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2024 23:53:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14769870 | | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2024 23:53:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14751758 | ^ | MEBN | May 17 2024 23:46:47 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14836901 | + | Email/Text: EBN@brockandscott.com | May 17 2024 23:53:00 | Nationstar Mortgage LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14750167 | ^ | MEBN | May 17 2024 23:46:43 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14769271 | + | Email/Text: bncmail@w-legal.com | May 17 2024 23:53:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 14750170 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 18 2024 00:01:29 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14750171 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 18 2024 00:01:29 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14755510 | | Email/Text: electronicbkydocs@nelnet.net | May 17 2024 23:53:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14750173 | + | Email/Text: electronicbkydocs@nelnet.net | May 17 2024 23:53:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14750172 | + | Email/Text: LCI@upstart.com | May 17 2024 23:53:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14750556 | ^ | MEBN | May 17 2024 23:46:46 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14755629 | | Email/Text: bankruptcy@visionsfcu.org | May 17 2024 23:53:00 | VISIONS FEDERAL CREDIT UNION, 24 MCKINLEY AVE, ENDICOTT, NY 13760 |
| 14750174 | | Email/Text: bankruptcy@visionsfcu.org | May 17 2024 23:53:00 | Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |
| 14750180 | + | Email/Text: vci.bkcy@vwcredit.com | May 17 2024 23:53:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |

Case 23-10175-pmm   Doc 72   Filed 05/19/24   Entered 05/20/24 00:37:56   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 17, 2024 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | | Email Address | Date/Time | Name and Address |
|---|---|---|---|---|
| 14750181 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 18 2024 00:02:35 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14750182 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 18 2024 00:01:29 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14760430 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 18 2024 00:02:35 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14760819 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14750163 | *+ | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14750164 | *+ | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14750158 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14750168 | *+ | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14750169 | *+ | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14750175 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |
| 14750176 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |
| 14750177 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |
| 14750178 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |
| 14750179 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: May 19, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor NATIONSTAR MORTGAGE LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: May 17, 2024 | Form ID: pdf900 | Total Noticed: 42

George Meany Lutz
    on behalf of Debtor Maritza Caridad Lazo glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net

MARIO J. HANYON
    on behalf of Creditor NATIONSTAR MORTGAGE LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In re:<br><br>**MARITZA LAZO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 23-10175 PMM** |
|---|---|

**ORDER**

      **AND NOW**, in consideration of the Motion to Dismiss Case filed by the Debtor, it is hereby **ORDERED** that:

1. The above-captioned Chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3)**.

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within fifteen (15) days** of the entry of this Order.

Date: **May 16, 2024**

*Patricia M. Mayer*
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge